**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHRISTOPHER MOORE,**

        **Petitioner,**

**v.**                      **CASE NO.  4:10-cv-249-MW/CAS**

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

        **Respondent.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 36, filed March 14, 2013. The Court notes that on two previous occasions Petitioner was granted extensions of time to file objections to the Magistrate's Report and Recommendation: ECF No. 38 gave Petitioner until April 30, 2013, to file objections to the report, and ECF No. 40 granted Petitioner an extension until June 3, 2013, in which to file his objections. Petitioner has not filed objections to the Magistrate's Report and Recommendation. The Court further notes that the Magistrate's report considered Petitioner's Reply to the State's Response, ECF No. 20, along with his Amended Reply and exhibits, ECF Nos. 33 and 34. Therefore, upon consideration,

1

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The Petitioner's §2254 petition, ECF No. 1, is DENIED. A Certificate of Appealability is DENIED, and leave to appeal *in forma pauperis* is DENIED." The Clerk shall close the file.

SO ORDERED on June 6, 2013.

s/Mark E. Walker
United States District Judge